## ZWIRN v. JOLINE et al.

(Supreme Court, Appellate Term. April 8, 1910.)

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by Julius Zwirn against Adrian H. Joline and another, as receivers of the Metropolitan Street Railway Company. From an order setting aside a verdict, plaintiff appeals. Reversed, and verdict reinstated.

Argued before SEABURY, LEHMAN, and GAVEGAN, JJ.

Moses N. Schleider (M. Spencer Bevins, of counsel), for appellant.
Masten & Nichols (Anthony J. Ernest, of counsel), for respondents.

GAVEGAN, J. For the reasons set forth in the case of Julius Zwirn, an Infant, etc., v. Adrian H. Joline et al. (decided herewith) 122 N. Y. Supp. 231, the order of the Municipal Court, setting aside the verdict of the jury, should be reversed.

Order setting aside verdict reversed, and the verdict reinstated, with costs. All concur.